UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Paredes, | § Docket No. 94-CR-1327 |
| Movant/Defendant, | § Warrant No. 94-CR-1327 |
| vs. | § |
| United States Of America, | § S.S. No. 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 |
| Respondent/Plaintiff, | § |

-------------------------

RECEIVED JAN 09 2012 PRO SE OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEMAND FOR A SPEEDY TRIAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW, Jose Paredes, the Movant/Defendant in the above-styled criminal action, acting pro-se, and would hereby give NOTICE that he demands a Speedy Trial on the above criminal accusation(s), want(s), warrant(s), indictment(s) lodged against the Movant/Defendant in jurisdiction of the Court.

The Movant/Defendant DEMANDS a speedy trial pursuant to the Sixth Amendment to the Constitution, being applicable to the United States Of America by and through the Fourteen Amendment, and applicable to the Federal United States Constitution and Statutory provisions. See; Exhibit (a) copy of warrant and Detainer

RESPECTFULLY SUBMITTED This 3rd day of January, 2012,

*[signature]*
[Signature Of Movant]

CERTIFICATE OF SERVICE

I, Jose Paredes, do hereby certify, under oath, that I have this same day serve the opposing party with a true and correct copy of this Demand For Speedy Trial by serving same to them in the U.S. Mail Service, Certified Mail, Return Receipt Requested and mailed to the following below address:

U.S. Attorney,

Roslyn R. Mauskopf,

One Pierrepont Plaza,

Brooklyn, NY 11201